# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**CARL BAXTER**,

    Plaintiff,

v.                                                           2:24-cv-779-SPC-NPM

**AMERICANS FOR PROSPERITY CO**. *et ano.*,

    Defendants.

---

## ORDER COMPELLING ARBITRATION

Without opposition, defendants move to compel arbitration. The motion (Doc. 19) is **GRANTED**. Pursuant to the Federal Arbitration Act, this case is **STAYED** pending arbitration of this action. 9 U.S.C. § 3. The parties must immediately commence and promptly complete the arbitration pursuant to their agreement (Doc. 19-1) and file a joint status report by **April 1, 2025**, and **quarterly** thereafter. Should the parties seek a court order affirming the arbitration award, either party may move for such relief within one year of the award. 9 U.S.C. § 9. A motion to vacate or modify the arbitration award must be filed and served on the adverse party within three months of the award's issuance. 9 U.S.C. § 12. And any motion to confirm, modify, or correct the arbitration award must include the appropriate papers. 9 U.S.C. § 13.

                                                **ORDERED** on December 3, 2024

                                                NICHOLAS P. MIZELL
                                                United States Magistrate Judge